**814**

No. 37. ORDER OF RAILWAY CONDUCTORS OF AMERICA ET AL. *v.* PITNEY ET AL., TRUSTEES OF CENTRAL RAILROAD CO. OF NEW JERSEY, ET AL. February 11, 1946. 326 U. S. 561.

No. 58. FERNANDEZ, COLLECTOR OF INTERNAL REVENUE, *v.* WIENER ET AL. February 11, 1946. 326 U. S. 340.

No. 59. UNITED STATES *v.* ROMPEL, ADMINISTRATOR. February 11, 1946. 326 U. S. 367.

No. 360. HUNTER *v.* UNITED STATES. February 11, 1946. 326 U. S. 787.

No. 363. McFARLAND *v.* UNITED STATES. February 11, 1946. 326 U. S. 788.

No. 600. HOUSE *v.* FLORIDA ET AL. February 11, 1946. 326 U. S. 792.

No. 112. GREGORY *v.* UNITED STATES. February 11, 1946. Second petition for rehearing denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. 326 U. S. 811.

No. 633. SLATTERY *v.* McDONALD, SHERIFF. February 11, 1946. 326 U. S. 787.

No. 475. PHILLIPS *v.* NEW YORK. February 25, 1946. 326 U. S. 789.